Thomas C. Horne
Attorney General

Robert L. Ellman (AZ Bar No. 014410)
Solicitor General

Kathleen P. Sweeney (AZ Bar No. 011118)
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-3333
Fax: (602) 542-8308
kathleen.sweeney@azag.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nelda Majors et al., | No. 2:14-cv-00518-JWS |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF CO-COUNSEL** |
| Michael K. Jeanes, In His Official Capacity As Clerk Of The Superior Court Of Maricopa County, Arizona, et al., | |
| Defendants. | |

Notice is hereby given that effective October 20, 2014, Special Assistant Attorneys General Byron J. Babione, James A. Campbell, Kenneth J. Connelly, and J. Caleb Dalton are no longer associated with the Arizona Attorney General's Office for purposes of this case and, therefore, withdraw as co-counsel of record for Defendants in

/ / /

/ / /

this matter. Solicitor General Robert L. Ellman and Assistant Attorney General Kathleen Sweeney will continue as counsel of record for Defendants.

Respectfully submitted this 27th day of October, 2014.

                              Thomas C. Horne
                              Attorney General

                              Robert L. Ellman
                              Solicitor General

                              s/ Kathleen P. Sweeney
                              Kathleen P. Sweeney
                              Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2014, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Jennifer C. Pizer
Carmina Ocampo
Lambda Legal Defense & Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
jpizer@lambdalegal.org
cocampo@lambdalegal.org

Paul F. Eckstein
Daniel C. Barr
Kirstin T. Eidenbach
Barry G. Stratford
Alexis E. Danneman
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
PEckstein@perkinscoie.com
DBarr@perkinscoie.com
KEidenbach@perkinscoie.com
BStratford@perkinscoie.com
ADanneman@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Plaintiffs*

  s/  Maureen Riordan

#4198884